IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00651-CMA-MEH

MICHAEL S. SHERIFF,

    Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 18, 2009.**

    Plaintiff's Unopposed Motion to Amend Complaint [filed August 14, 2009; docket #10] is **granted**. The Court directs the Clerk of Court to enter the Amended Complaint and Jury Demand located at Docket #10-2. Defendant shall answer or otherwise respond within ten days of the entry of the Amended Complaint.