IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00651-CMA-MEH

MICHAEL S. SHERIFF,

    Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 1, 2009.**

    Defendant's Unopposed Motion for Leave to Amend its Answer [filed August 27, 2009; docket #15] is **granted**.  The Clerk of the Court is directed to file the Second Amended Answer to Plaintiff's Amended Complaint found at docket #15-2.