**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00651-CMA-MEH

MICHAEL S. SHERIFF,

    Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    This matter is before the Court on the parties' Stipulation for Dismissal (Doc. # 20).  The Court having considered  the Stipulation, hereby

    ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

    DATED:  September __28__, 2009

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Court Judge